IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 23-CR-00020 (TNM) 3 |
| | ) | |
| JORDAN SIEMERS | ) | |

**NOTICE OF APPEARANCE**

COMES NOW, Charles E. Langmack, and enters his notice of appearance as lead counsel for Jordan Siemers in the above captioned case.

Respectfully Submitted,

By: _____

Charles E. Langmack, #0092470
38106 Third Street
Willoughby, Ohio 44094
440-497-5068
langmacklaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January 2023, a copy of the above notice of appearance was delivered to the parties of record, by email, pursuant to the Covid standing order and the rules of the Clerk of Court.

_____
Charles E. Langmack
Attorney for Jordan Siemers